**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 11 B 47319 |
| | ) | |
| PARADISE ENTERPRISES, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

**COVER SHEET FOR FIRST AND FINAL FEE APPLICATION**
**AND REIMBURSEMENT OF EXPENSES OF FRANKGECKER LLP**

Name of Applicant:  FrankGecker LLP

Authorized to Provide  Joji Takada, Chapter 7 Trustee of the Estate
Professional Services to:  of Paradise Enterprises, Inc.

Period for Which  January 24, 2012 through January 29, 2013
Compensation is Sought:

Amount of Fees Sought:  $2,500.00[1]

Amount of Expense  $32.97
Reimbursement Sought:

This is a:  First and Final Fee Application


The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered
and expenses incurred herein is:  $0.00.

---

[1] The fee detail has fees requested of $3,459.00, but FrankGecker LLP has agreed to reduce the fees to $2,500.00 to
allow for a meaningful claim distribution.

{TAKADA/003/00034024.DOC/}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 11 B 47319 |
| | ) | |
| PARADISE ENTERPRISES, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

**FIRST AND FINAL APPLICATION OF JOJI TAKADA,
CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF
PARADISE ENTERPRISES, INC.**

Joji Takada, not individually, but as Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Paradise Enterprises, Inc. (the "Debtor"), hereby submits his first and final application (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation totaling $2,500.00[2] for legal services performed by FrankGecker LLP, counsel to the Trustee, during the period of January 24, 2012 through and including January 29, 2013 (the "Application Period") and reimbursement of expenses totaling $32.97 incurred in connection with those services. FrankGecker has agreed to accept less than the amounts detailed. In support of its Application, FrankGecker LLP respectfully states as follows:

**INTRODUCTION**

1.      On November 22, 2011 (the "Petition Date"), the Debtor filed a voluntary joint chapter 7 petition for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court).

2.      Joji Takada ("Trustee") is the duly appointed and qualified Chapter 7 Trustee of the case.

---

[2] The fee detail has fees requested of $3,459.00, but FrankGecker LLP has agreed to reduce the fees to $2,500.00 to allow for a meaningful claim distribution.

3.      The Section 341 meeting of creditors was held on December 19, 2011 (the "341 Meeting").  On January 23, 2012, the Trustee filed an asset report.

4.      On February 3, 2012, this Court entered an order authorizing the Trustee to retain Frances Gecker and the professionals of FrankGecker LLP (collectively, "FG") as his counsel in the Case retroactive to January 23, 2012.

5.      Since his appointment, with the assistance of his attorneys, the Trustee has taken a variety of actions necessary to administer the Debtor's estate.  The Trustee negotiated a settlement and transfer of a preference claim and resolved an IRS claim.  This resulted in funds of $7,500.00 for the Debtor's estate.

6.      This Application seeks allowance of all fees and expenses incurred by FG during the Application Period.

7.      To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts.  Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel.  Part II describes the qualifications and areas of expertise of the Trustee's attorneys.  Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I.      **SERVICES PERFORMED**

A.      **Claims**                                                                **$657.00**

FG spent 1.80 hours at a cost of **$657.00** on issues related to the settlement with the IRS in connection with their secured claim.

B.      **Litigation**                                                          **$2,765.00**

FG spent 7.90 hours at a cost of **$2,765.00** on issues related to resolving a preference action against Scott Mitchell which resulted in the recovery of $7,500.00.

**C.     Preparation of Fee Application - Retention                    $35.00**

FG spent .10 hours at a cost of **$35.00** on preparing the FrankGecker retention motion.

**II.     ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

A.     <u>Zane L. Zielinski</u> (ZLZ) is an associate at FrankGecker LLP.  Prior to attending law school, Mr. Zielinski worked for Chicago Title and Trust Company.   Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif.  Mr. Zielinski specializes in bankruptcy law, real estate law, and has represented trustees, debtors and creditors in bankruptcy cases.  Mr. Zielinski has been involved in the day-to-day representation of the Trustee.

**III.     CALCULATION OF TIME AND FEES**

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses incurred by FG during the Application Period.  All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtor's estate.  No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibits, FG's attorneys and paralegal have spent a total of 9.80 hours providing necessary legal services for the Trustee.  As a result, they request compensation in the amount of $2,500.00 for actual, necessary legal services performed (<u>Exhibit A</u>).  The average hourly rate is $255.10.  In addition, FG has expended the sum of $32.97 for actual, necessary expenses incurred in representing the Trustee (<u>Exhibit A</u>).  FG has

voluntarily written off all expenses related to fax charges and copy charges.  Expenses consist primarily of postage and travel expenses.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee.  The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients.  FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was either a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared a time exhibit presented in the attached Exhibit A.  The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this Application for its overhead expenses, including word processing or secretarial overtime; instead, such expenses are factored into FG's normal and customary rate.  These charges fairly compensate the firm's actual costs and do not result in undue revenue for the firm.  Moreover, FG's non-bankruptcy clients routinely are billed and pay these types of expenses.  *See In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

No compensation has been promised to F/G, other than as disclosed or approved by this Court.  FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee.  Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

## NOTICE

Pursuant to Federal Rule, Bankruptcy Procedure 2002, this Application was served on all

creditors that have timely filed claims, the U.S. Trustee, and the Debtor's attorney

WHEREFORE, FG respectfully requests that this Court enter an Order:

A.      Allowing FG compensation for actual, necessary legal services in the amount of

**$2,500.00**;

B.      Allowing FG reimbursement of actual, necessary expenses in the amount of

**$32.97**;

C.      Authorizing the Trustee to pay FG compensation and expense reimbursement in

the total amount of **$2,532.97**; and

D.      Granting such other relief as the Court deems just and equitable.

Dated:  April 5, 2013                              Respectfully submitted,

                                                   JOJI   TAKADA,   not   individually,   but   as
                                                   Chapter 7 Trustee of the bankruptcy estate of
                                                   PARADISE ENTERPRISES, INC.,

                                                   By:____/s/_____*Zane L. Zielinski*_____
                                                        One of his attorneys

Zane Zielinski (IL Bar No. 6278776)
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035
zzielinski@fgllp.com

# FG FrankGecker

**www.fgllp.com**

April 05, 2013

Joji Takada, Chapter 7 Trustee                                        FEIN 20-1952153
6336 N. Cicero Avenue
Suite 201
Chicago, IL 60646

---

**Regarding:**    **In re: Estate of Paradise Enterprises, Inc.; Case No. 11 B 47319**

For Professional Services Rendered Through March 31, 2013

                                                                  Invoice #:   5633

Per Attached Description:

| | |
|---|---:|
| Fees................................................................................................ | $3,457.00 |
| Disbursements.................................................................................. | $32.97 |
| Total Fees and Disbursements........................................................... | <u>$3,489.97</u> |
| Previous Balance.............................................................................. | $0.00 |
| Payments........................................................................................ | <u>$0.00</u> |
| **Total Amount Due**........................................................................ | **$3,489.97** |

Joji Takada, Chapter 7 Trustee

Page    2

Invoice Dated:   April 05, 2013

---

**Regarding:    In re: Estate of Paradise Enterprises, Inc.; Case No. 11 B 47319**

For Professional Services Rendered Through March 31, 2013
Per Attached Description:

Invoice #:   5633

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| | Claims | | | |
| 1/18/2013 | Draft 3012 motion regarding IRS claim. <br> Zane L. Zielinski | $365.00 | 1.50 | $547.50 |
| 1/24/2013 | Telephone conference with IRS regarding claim issues (.4). <br> Zane L. Zielinski | $365.00 | 0.20 | $73.00 |
| 1/29/2013 | Review and confirm order from IRS. <br> Zane L. Zielinski | $365.00 | 0.10 | $36.50 |
| | Total Charges This Matter | | 1.80 | $657.00 |

Joji Takada, Chapter 7 Trustee                                                                      Page     3

Invoice Dated:    April 05, 2013

---

**Regarding:    In re: Estate of Paradise Enterprises, Inc.; Case No. 11 B 47319**

For Professional Services Rendered Through March 31, 2013          Invoice #:   5633
Per Attached Description:

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| | Litigation | | | |
| 1/24/2012 | Research legal status/residence of Scott Mitchell (.2). Zane L. Zielinski | $350.00 | 0.20 | $70.00 |
| 1/26/2012 | Review bank records for potential preferences. Zane L. Zielinski | $350.00 | 1.00 | $350.00 |
| 1/27/2012 | Draft Scott Mitchell demand letter. Zane L. Zielinski | $350.00 | 0.10 | $35.00 |
| 2/24/2012 | Review bank records for Scott Mitchell payments (.5); draft adversary complaint (1.0). Zane L. Zielinski | $350.00 | 1.50 | $525.00 |
| 2/27/2012 | Revise preference complaint. Zane L. Zielinski | $350.00 | 0.50 | $175.00 |
| 3/7/2012 | Revise complaint and all supporting documents. Zane L. Zielinski | $350.00 | 0.80 | $280.00 |
| 3/8/2012 | Signed certificate of service. Zane L. Zielinski | $350.00 | 0.10 | $35.00 |
| 4/10/2012 | Review documents, and prepare documents to send to defendant for informal discovery requests (1.0); telephone call with defendant's counsel regarding extension to answer and settlement proposal (.1). Zane L. Zielinski | $350.00 | 1.10 | $385.00 |
| 4/20/2012 | Appear in court on status (.3); telephone conference with J. Takada regarding same and potential settlement (.1). Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| 6/19/2012 | Draft settlement document (1.0); prepare memorandum and communicate with Joji Takada regarding settlement (.2). Zane L. Zielinski | $350.00 | 1.20 | $420.00 |
| 6/22/2012 | Appear in court on adversary (.3). Zane L. Zielinski | $350.00 | 0.30 | $105.00 |
| 6/25/2012 | Draft motion to approve settlement. Zane L. Zielinski | $350.00 | 0.30 | $105.00 |

Joji Takada, Chapter 7 Trustee

Page    4

Invoice Dated:   April 05, 2013

---

**Regarding:    In re: Estate of Paradise Enterprises, Inc.; Case No. 11 B 47319**

For Professional Services Rendered Through March 31, 2013
Per Attached Description:

Invoice #:   5633

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| 7/20/2012 | Appear in court for adversary status and motion to approve compromise (.3); conference call with Joji Takada regarding court status and allocation of paid funds (.1).<br>Zane L. Zielinski | $350.00 | 0.40 | $140.00 |
| | Total Charges This Matter | | 7.90 | $2,765.00 |

Joji Takada, Chapter 7 Trustee

Page    5

Invoice Dated:   April 05, 2013

---

**Regarding:     In re: Estate of Paradise Enterprises, Inc.; Case No. 11 B 47319**

For Professional Services Rendered Through March 31, 2013
Per Attached Description:

Invoice #:   5633

| Date | Description | Rate | Hours | Amount |
|------|-------------|------|-------|--------|
| | <u>Preparation of Fee Application - Retention</u> | | | |
| 2/3/2012 | Prepare for and appear in court on motion to employ. Zane L. Zielinski | $350.00 | 0.10 | $35.00 |
| | Total Charges This Matter | | 0.10 | $35.00 |

Joji Takada, Chapter 7 Trustee

Page    6

Invoice Dated:   April 05, 2013

---

**Regarding:    In re: Estate of Paradise Enterprises, Inc.; Case No. 11 B 47319**

For Professional Services Rendered Through March 31, 2013

Per Attached Description:

Invoice #:   5633

| | Hours | Amount |
|---|---|---|
| | | $3,457.00 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Zane L. Zielinski | 1.80 | 365.00 |
| Zane L. Zielinski | 8.00 | 350.00 |

Disbursements:

| Date | Description | |
|---|---|---|
| | **Expenses** | |
| 3/7/2012 | Postage. | 6.40 |
| 6/22/2012 | Travel expenses incurred by Zane L. Zielinski in connection with attendance at hearing before Judge Black in Joliet, Illinois on June 22, 2012. | 11.37 |
| 6/29/2012 | Postage. | 3.30 |
| 1/18/2013 | Postage. | 11.90 |
| | Total Charges This Matter | 32.97 |