**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-47319 |
| PARADISE ENTERPRISES, INC. | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION AND**
**DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 5/10/13
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 4/5/13          By: _/s/ Joji Takada_
                                    Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PARADISE ENTERPRISES, INC. § Case No. 11-47319
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 32.97 | $ 0.00 | $ 32.97 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,032.97 |
| Remaining Balance | $ 3,467.03 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,526.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Of The Treasury | $ 12,922.11 | $ 0.00 | $ 3,084.14 |
| 2 | Illinois Department Of Revenue | $ 1,604.27 | $ 0.00 | $ 382.89 |

Total to be paid to priority creditors     $ 3,467.03

Remaining Balance     $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                    Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Paradise Enterprises, Inc.  
    Debtor

Case No. 11-47319-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1   User: acox   Page 1 of 2   Date Rcvd: Apr 11, 2013  
                     Form ID: pdf006   Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2013.
```
db          +Paradise Enterprises, Inc.,    6205 Brookridge Drive,    Plainfield, IL 60586-8462
aty         +Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
18085206    +Banco Popular North America,    9600 W. Bryn Mawr,    Rosemont, IL 60018-5221
18085207    +Illinois Department of Revenue,    Bankruptcy Section,    Post Office Box 64338,
              Chicago, IL 60664-0338
18085209    +La Tan,    3775 W. Arthur Road,    Lincolnwood, IL 60712-4029
18085210    +Scott Mitchell,    3265 Boesch Drive,    Palm Harbor, FL 34684-1624
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18085208     E-mail/Text: cio.bncmail@irs.gov Apr 12 2013 02:10:54     Department of the Treasury,
              Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2013**                                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: acox                 Page 2 of 2                  Date Rcvd: Apr 11, 2013
                              Form ID: pdf006            Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2013 at the address(es) listed below:
              Frances   Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
              Joji   Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert J Welz    on behalf of Debtor   Paradise Enterprises, Inc. rouskey-baldacci@sbcglobal.net
              Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
              Zane L Zielinski    on behalf of Plaintiff Joji  Takada zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
              Zane L Zielinski    on behalf of Defendant Scott  Mitchell zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 7