UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
PARADISE ENTERPRISES, INC. § Case No. 11-47319
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PARADISE ENTERPRISES, INC. |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Illinois Department Of Revenue | | | | | |
| 1 | Department Of The Treasury | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue | | | | | |
| | Illinois Department Of Revenue | | | | | |
| | Illinois Department Of Revenue | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-47319 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | PARADISE ENTERPRISES, INC. | | | | Date Filed (f) or Converted (c): | 11/22/2011 (f) |
| | | | | | 341(a) Meeting Date: | 12/19/2011 |
| For Period Ending: | 11/12/2013 | | | | Claims Bar Date: | 04/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Preferential Transfer (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 2. Security Deposit | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3. Security Deposit | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 4. Books Pictures Art Collections and Collectibles | 200.00 | 200.00 | | 0.00 | FA |
| 5. Customer Lists and Compilations | Unknown | 0.00 | | 0.00 | FA |
| 6. Computers | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Printers | 100.00 | 0.00 | | 0.00 | FA |
| 8. Tanning Beds | 12,000.00 | 0.00 | | 0.00 | FA |
| 9. Spray Tan Booth | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. Inventory | 1,200.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous Equipment | 5,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $32,500.00     $15,700.00     $7,500.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

013013--Settled preference action and received settlement proceeds; Stipulation with IRS to treat claim as priority rather than secured.

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Avoidance of preferential transfer to insider |
| RE PROP # | 2 | -- | Deposit with ComEd |
| RE PROP # | 3 | -- | Deposit with La Tan (Franchisor) |
| RE PROP # | 4 | -- | Artwork |
| RE PROP # | 7 | -- | Two printers |
| RE PROP # | 8 | -- | 8 tanning beds |
| RE PROP # | 11 | -- | Stereo system, Washer, Dryer, Refrigerator, Microwave, La Tan sign |

Initial Projected Date of Final Report (TFR): 11/22/2014     Current Projected Date of Final Report (TFR): 11/22/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-47319 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | PARADISE ENTERPRISES, INC. | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX7771 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6953 | Blanket Bond (per case limit): | |
| For Period Ending: | 11/12/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/12 | 1 | Scott Mitchell<br>3265 Boesch Drive<br>Palm Harbor, Florida 34684 | Settlement funds<br>Preferential transfer | 1241-000 | $7,500.00 | | $7,500.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8491 | Transfer of Funds | 9999-000 | | $7,500.00 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $7,500.00 |
| Subtotal | $7,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Page Subtotals:   $7,500.00   $7,500.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-47319 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | PARADISE ENTERPRISES, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX8491 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6953 | Blanket Bond (per case limit): | |
| For Period Ending: | 11/12/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx7771 | Transfer of Funds | 9999-000 | $7,500.00 | | $7,500.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.11 | $7,493.89 |
| 03/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | $3.89 | $7,490.00 |
| 03/29/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($3.89) | $7,493.89 |
| 03/29/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | ($6.11) | $7,500.00 |
| 05/15/13 | 100001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,500.00 | $6,000.00 |
| 05/15/13 | 100002 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Final distribution per court order. | 3210-000 | | $2,500.00 | $3,500.00 |
| 05/15/13 | 100003 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Final distribution per court order. | 3220-000 | | $32.97 | $3,467.03 |
| 05/15/13 | 100004 | Department Of The Treasury Internal Revenue Service Pob 7346 Philadelphia, Pa 19101-7346 | Final distribution per court order. | 5800-003 | | $3,084.14 | $382.89 |
| 05/15/13 | 100005 | Illinois Department Of Revenue Bankruptcy Section Post Office Box 64338 Chicago, Il 60664 | Final distribution per court order. | 5800-000 | | $382.89 | $0.00 |
| 05/30/13 | 100004 | Department Of The Treasury Internal Revenue Service Pob 7346 Philadelphia, Pa 19101-7346 | Final distribution per court order. Reversal No liability to IRS | 5800-003 | | ($3,084.14) | $3,084.14 |

Page Subtotals: $7,500.00  $4,415.86

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-47319  
Case Name: PARADISE ENTERPRISES, INC.  
Taxpayer ID No: XX-XXX6953  
For Period Ending: 11/12/2013  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8491  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/13 | 100008 | PARADISE ENTERPRISES, INC. 6205 BROOKRIDGE DRIVE PLAINFIELD, IL  60586 | Distribution of surplus funds to debtor. Reversal Reissuing check | 8200-003 | | ($923.75) | $4,007.89 |
| 07/11/13 | 100007 | Illinois Department Of Revenue Bankruptcy Section Post Office Box 64338 Chicago, Il 60664 | Final distribution per court order. Reversal Reissuing check | | | ($936.32) | $4,944.21 |
| | | | $1.57 | 7990-000 | | | |
| | | Illinois Department Of Revenue | Final distribution per court order.         $934.75 | 7100-003 | | | |
| 07/11/13 | 100006 | Illinois Department Of Revenue Bankruptcy Section Post Office Box 64338 Chicago, Il 60664 | Final distribution per court order. Reversal | | | ($1,224.07) | $6,168.28 |
| | | | $2.69 | 7990-000 | | | |
| | | Illinois Department Of Revenue | Final distribution per court order.         $1,221.38 | 5800-003 | | | |
| 07/11/13 | 100006 | Illinois Department Of Revenue Bankruptcy Section Post Office Box 64338 Chicago, Il 60664 | Final distribution per court order. | | | $1,224.07 | $4,944.21 |
| | | | ($2.69) | 7990-000 | | | |
| | | Illinois Department Of Revenue | Final distribution per court order.         ($1,221.38) | 5800-003 | | | |
| 07/11/13 | 100007 | Illinois Department Of Revenue Bankruptcy Section Post Office Box 64338 Chicago, Il 60664 | Final distribution per court order. | | | $936.32 | $4,007.89 |
| | | | ($1.57) | 7990-000 | | | |
| | | Illinois Department Of Revenue | Final distribution per court order.         ($934.75) | 7100-003 | | | |
| 07/11/13 | 100008 | PARADISE ENTERPRISES, INC. 6205 BROOKRIDGE DRIVE PLAINFIELD, IL  60586 | Distribution of surplus funds to debtor. | 8200-003 | | $923.75 | $3,084.14 |

Page Subtotals:                    $0.00           $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-47319 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | PARADISE ENTERPRISES, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX8491 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6953 | Blanket Bond (per case limit): | |
| For Period Ending: | 11/12/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/30/13 | | Joji Takada 6336 N Cicero #201 Chicago, Illinois 60646 | Administrative Expense Return of trustee commission in order to recalculate because of surplus funds coming into estate after creditor returned payment. | 2100-000 | | ($1,500.00) | $4,584.14 |
| 08/12/13 | 100009 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution | 2100-000 | | $1,397.41 | $3,186.73 |
| 08/12/13 | 100010 | Illinois Department Of Revenue Bankruptcy Section Post Office Box 64338 Chicago, Il 60664 | Final distribution | | | $1,224.36 | $1,962.37 |
| | | | ($2.98) | 7990-000 | | | |
| | | Illinois Department Of Revenue | Final distribution ($1,221.38) | 5800-000 | | | |
| 08/12/13 | 100011 | Illinois Department Of Revenue Bankruptcy Section Post Office Box 64338 Chicago, Il 60664 | Final distribution | | | $936.49 | $1,025.88 |
| | | | ($1.74) | 7990-000 | | | |
| | | Illinois Department Of Revenue | Final distribution ($934.75) | 7100-000 | | | |
| 08/12/13 | 100012 | PARADISE ENTERPRISES, INC. 6205 BROOKRIDGE DRIVE PLAINFIELD, IL 60586 | Distribution of surplus funds to debtor. | 8200-002 | | $1,025.88 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $7,500.00 | $0.00 |
| Subtotal | $0.00 | $7,500.00 |
| Less: Payments to Debtors | $0.00 | $1,025.88 |
| Net | $0.00 | $6,474.12 |

Page Subtotals: $0.00  $3,084.14

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7771 - Checking Account | $7,500.00 | $0.00 | $0.00 |
| XXXXXX8491 - Checking | $0.00 | $6,474.12 | $0.00 |
| | $7,500.00 | $6,474.12 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Page Subtotals: $0.00 $0.00